STATE of Missouri, Respondent,

v.

Darryl YOUNG, Appellant.

No. WD 45639.

Missouri Court of Appeals,
Western District.

Jan. 26, 1993.

Marcie W. Bower, Office of the Public Defender, Columbia, for appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and SPINDEN, JJ.

ORDER

PER CURIAM.

Appeal from jury conviction of first degree robbery.

Judgment affirmed. Rule 84.16(b).

Ed BALL, Appellant,

v.

ESTATE OF Wilbur BALL, Respondent.

No. WD 46951.

Missouri Court of Appeals,
Western District.

May 18, 1993.

Roger M. Prokes, Maryville, for appellant.

Bernard W. Gorman, Tarkio, for respondent.

Before LOWENSTEIN, P.J., and SPINDEN and SMART, JJ.

ORDER

LOWENSTEIN, Presiding Judge.

From a judgment partially disallowing a claim against a probate estate, the claimant appeals.

Judgment affirmed Rule 84.16(b).

SPINDEN and SMART, JJ., concur.